In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-24-00002-CV
_____

**HARRISON BRADFORD III, Appellant**

**V.**

**CASSANDRA JAMES, ADMINISTRATOR OF THE ESTATE OF
CAROLYN ANN BRADFORD, Appellee**

On Appeal from the Probate Court No. 1
Montgomery County, Texas
Trial Cause No. 21-41352-P

**MEMORANDUM OPINION**

On November 21, 2023, Harrison Bradford III filed a notice of appeal from a final judgment of the Probate Court Number 1, signed on November 16, 2023. On April 12, 2024, the County Clerk notified the Court that the appellant had failed to pay or to make the arrangements necessary for the County Clerk to prepare the clerk's record. Consequently, we notified the parties that the appellant had not established indigent status and that the clerk's record had not been filed due to the

1

appellant's failure to pay or to arrange to pay the fee required to prepare the clerk's record. We also warned the appellant that the appeal would be dismissed for want of prosecution unless the appellant established that he had made the arrangements required to pay the fee or that he needed more time to do so. *See* Tex. R. App. P. 37.3(b). After the Clerk sent the parties a letter warning of the consequences of a failure to take the action necessary to file the clerk's record, the Court did not receive a response.

In the absence of a satisfactory explanation that justifies the appellant's failure to pay or make the arrangements needed to pay for the clerk's record to support his appeal, we dismiss the appeal for want of prosecution. *See id*. 37.3(b), 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 5, 2024
Opinion Delivered June 6, 2024

Before Golemon, C.J., Johnson and Wright, JJ.

2